In the Matter of the Application of SOL KOKOL, Appellant.
PARAMOUNT PICTURES, INC., Respondent.

Argued February 20, 1950; decided March 2, 1950.

*Samuel J. Levinson, Frank Weinstein* and *Harold F. Levin* for appellant.

*George G. Gallantz* and *Cyrus R. Vance* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.